**Frank A. BALCAR, Plaintiff–Appellant,**

v.

**AVEMCO INSURANCE COMPANY; A. Churchey, West Virginia Resident Agent, Defendants–Appellees.**

No. 00–2357.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2001.

Decided July 26, 2001.

Frank A. Balcar, pro se. William L. Bands, Bell & Associates, Charleston, WV, for appellees.

Before NIEMEYER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Frank A. Balcar appeals the district court's orders granting Defendant's motion to dismiss and denying reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Balcar v. Avemco Ins. Co.,* No. CA–99–148–5 (N.D.W.Va. Sept. 21, 2000). We deny Avemco's motion for sanctions against Balcar. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*